**Noble HEATH, appellant, v. STATE, appellee.**

No. 24295.

Court of Criminal Appeals of Texas.

Feb. 23, 1949.

See also Tex.Cr.App., 210 S.W.2d 586.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for murder, punishment assessed at three years in the penitentiary.

Appellant has filed his affidavit advising this court that he does not desire to further prosecute his appeal, but wishes to have the appeal dismissed, and at his request it is so ordered.